FILED
CLERK, U.S. DISTRICT COURT

Mar 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SHORES HOSPITAL,<br><br>　　　　Plaintiff,<br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:15-cv-06261-SWC-(JCx)<br><br>**JUDGMENT** |

Judgment entered in favor of the Defendant.

Dated: March 9, 2016

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　Judge, United States District Court

- 1 -